UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRANCISCO JARAMILLO,

Plaintiff,

v.

KRISTINA RHOODES, *et al.*,

Defendants.

Case No. 3:26-cv-00535-MMD-CLB

ORDER

*Pro se* Plaintiff Francisco Jaramillo filed an application to proceed *in forma pauperis* (ECF No. 1 (“IFP Application”)) and a civil rights complaint (ECF No. 1-1 (“Complaint”)). Before the Court is the Report and Recommendation (“R&R”) of United States Magistrate Judge Carla L. Baldwin, recommending that Plaintiff’s IFP application be denied as moot and that his Complaint be dismissed without prejudice and without leave to amend. (ECF No. 3.) Plaintiff had until August 5, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) (“De novo review of the magistrate judges’ findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.”). In the R&R, Judge Baldwin found that Plaintiff’s allegations relate to his criminal proceedings in state court. (ECF No. 3 at 3-4.) Plaintiff names Deputy District Attorney Kristina Rhoodes and Deputy Public Defendant Kell Brill as Defendants and takes issue with Brill’s request for more time for the preliminary hearing and other discovery-related issues in his criminal case. (ECF No. 1-1 at 2-4.) Judge Baldwin recommends dismissal without prejudice and without leave to amend

because *Younger* abstention[1] applies to preclude interference with state court proceedings. (ECF No. 3 at 3-4.) The Court agrees that *Younger* abstention applies here and will adopt Judge Baldwin's recommendations.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

The Clerk of Court is directed to file Plaintiff's complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice and without leave to amend. The Clerk of Court is kindly directed to enter judgment in accordance with this order and close this case.

DATED THIS 17th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

[1] *In Younger v. Harris*, 401 U.S. 37 (1971), the Supreme Court recognized the need for federal courts to avoid interference with state criminal proceedings in most circumstances.